UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIGITTE D. NOLAN

Vs.

MICHAEL J. NOLAN

Civil No. 3:o3 cv878 (CFD)

2005 JUL 18 P 3: 41

## MOTION TO RETURN
## TO THE HONORABLE CHRISTOPHER F. DRONEY

The Plaintiff, Brigitte D. Nolan herein known as Ms. Nolan requests to undue the withdraw of action without prejudice because of recent adjudication in the civil courts as of April 2005. Ms. Nolan was asked by the civil court to non prejudice withdraw from the district court while there was action in the civil court. This civil court action was adjudicated and Ms. Nolan request a reinstatement of the district court complaint. Service of the complaint has been made by Marshall and acknowledged by opposing counsel . this documentation is recorded in a motion for voluntary withdraw without prejudice and change of forma pauperis dated July 11, 2003.

July 19, 2005

Respectfully,
Brigitte D. Nolan
Pro Se Plaintiff
862 Asylum Ave C5
Hartford, Ct06105
(860) 524-1843

## CERTIFICATION

Pursuant to the Practice Book I hereby certify that a copy of the above Motion to Return and Motion to Amend Complaint was mailed or electronically delivered on July 19, 2005 to all counsel and pro se parties of record.

Defendant Michael J. Nolan
Pat Carpenter, Esq.
Day, Berry and Howard
One Canterbury Green
Stamford, CT 06901
203-977-7300
Pacarpenter @dbh.com

Cc.
Lawrence Renbaum., Esq.
US SEC DIVISION OF ENFORCEMENT
450 5TH Street
Washington, D.C
202 -942-4500


Thank You
Brigitte D. Nolan Pro Se
Signature *Brigitte D. Nol—*
Date 7-19-05