UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIGITTE D. NOLAN

    Vs.

MICHAEL J. NOLAN

Civil No. 3:o3 cv878 (CFD)

2005 JUL 18  P 3: 41

## MOTION TO AMEND THE COMPLAINT
## TO THE HONORABLE CHRISTOPHER F. DRONEY

The Plaintiff , Brigitte D. Nolan herein known  as Ms. Nolan requests to undue the
withdraw of action without prejudice because of recent adjudication in the civil courts as
of April 2005. Ms. Nolan was asked by the civil court to non prejudice withdraw from the
district court while there was action in the civil court. This civil court action was
adjudicated and Ms. Nolan  request a reinstatement of the district court complaint.
Service of the complaint has been made by Marshall and acknowledged by opposing
counsel.

Ms. Nolan request the opportunity to amended the complaint because there is new
evidence, the financial affidavit has been analyzed by a certified accountant and the
defendant herein known as Mr. Nolan lied in family court under oath regarding his
position at United Rentals and the complaint needs to reflect these changes in order for
the court to be fully informed as to the matters at hand. In addition, there is current
suspicion and investigation by the SEC in regards to Mr. Nolan's accounting practices as
CFO for united Rentals for the years of 1999 to 2003.  The complaint needs to reflect
these changes and the new developments in order for the courts to be fully informed as to
the matters at hand. These changes and new developments are not mentioned or reflected
in the current complaint. In the current complaint Mr. Nolan is identified as the CEO of
United Rentals because he told the family court under oath that he was the CEO however,
he was not the CEO he was the CFO. The complaint needs to reflect his true position in
the company versus his perjury in regards to his position. I will be forwarding a copy of
the transcripts from the probably cause hearing in front of Judge Kochiss- Frankel from
he family court hearing in addition to a 10q filing with the SEC by Mr. Nolan indicating
his real position at the time of the family court hearing in that he was the CFO  and not
the CEO as he did not indicate

July 19, 2005

Respectfully,
Brigitte D. Nolan
Pro Se Plaintiff
862 Asylum Ave C5
Hartford, Ct06105
(860) 524-1843

## CERTIFICATION

Pursuant to the Practice Book I hereby certify that a copy of the above Motion to Return and Motion to Amend Complaint was mailed or electronically delivered on July 19, 2005 to all counsel and pro se parties of record.

Defendant Michael J. Nolan
Pat Carpenter, Esq.
Day, Berry and Howard
One Canterbury Green
Stamford, CT 06901
203-977-7300
Pacarpenter @dbh.com

Cc.
Lawrence Renbaum., Esq.
US SEC DIVISION OF ENFORCEMENT
450 5TH Street
Washington, D.C
202 -942-4500


Thank You
Brigitte D. Nolan Pro Se
Signature    *Brigitte D. Nolan*
Date          7 -19-05