UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIGITTE D. NOLAN,<br>    Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:03 CV 878 (CFD) |
| MICHAEL J. NOLAN,<br>    Defendant | : | |
| | : | |

## RULING ON PLAINTIFF'S MOTION TO RETURN AND MOTION TO AMEND

Plaintiff Brigitte Nolan has filed a motion to return this suit to active status in the District Court, and a motion to amend her original complaint.

Ms. Nolan's complaint was withdrawn without prejudice via an Order of the District of Connecticut dated July 24, 2003. Plaintiff's motions [Docs. # 9, 10] therefore are DENIED. If Ms. Nolan wishes to litigate further in the District of Connecticut, she must file a new lawsuit, one which meets the requirements contained in statute and in the Federal Rules of Civil Procedure as to subject matter jurisdiction and service upon the defendant.

So ordered this ____17th____ day of August 2005 at Hartford, Connecticut.

/s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**